# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:22-CR-0119 |
| | : | |
| v. | : | |
| | : | |
| CRAIG ALAN HARE | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 12th day of March, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT** Defendant's motion to dismiss, Doc. 21, is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
